IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

ANTONIO M. GAMEZ, JR., )
                                )
          Plaintiff, )   2:09-cv-01628-GEB-EFB
                                )
     v. )   ORDER DENYING MOTION
                                )   TO DISMISS AS MOOT
INDYMAC FEDERAL BANK, )
INDYMAC FEDERAL BANK, FSB, )
REGIONAL TRUSTEE SERVICE CORP., )
MORTGAGE ELECTRONIC REGISTRATION )
SYSTEMS, INC., WSP FINANCIAL )
GROUP, INC., JOHN MANUEL SANTOS, )
SANG SO, and DOES 1-20, inclusive, )
                                )
          Defendants. )
_____ )

         On September 3, 2009, Defendant Mortgage Electronic Systems, Inc. filed a motion to dismiss Plaintiffs' First Amended Complaint. (Docket No. 13.)  But Plaintiff filed the First Amended Complaint without the opposing party's consent or the court's leave, and after a responsive pleading had already been filed.  (See Docket No. 8, Defendant John Manuel Santos's Answer to the Original Complaint.) Under Federal Rule of Civil Procedure 15(a), "[a] party may amend its pleading once as a matter of course: before being served with a responsive pleading . . . ."  Fed. R. Civ. P. 15(a)(1)(A).  When a responsive pleading has been filed, "a party may amend its pleadings only with the opposing party's written consent or the court's leave."

1

Fed. R. Civ. P. 15(a)(2).  Defendant Santos's filing of an answer therefore terminated Plaintiff's ability to amend his complaint as a matter of course.  Since Plaintiff had no leave to file the First Amended Complaint, that Complaint is inoperative.  Therefore, the First Amended Complaint is **STRICKEN** and the Motion to Dismiss is **DENIED** as moot.

Dated:  October 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge