```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| ANTONIO M. GAMEZ, JR., | ) | |
|       Plaintiff, | ) | 2:09-cv-01628-GEB-EFB |
|   v. | ) | <u>RULE 4(M) DISMISSAL AND OSC RE FAILURE TO PROSECUTE</u> |
| INDYMAC BANK; INDYMAC BANK, F.S.B; REGIONAL TRUSTEE SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN MANUEL SANTOS, | ) | |
|       Defendants. | ) | |

The Order filed October 8, 2009 notified Plaintiff "under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule will be dismissed as a defendant in this action unless Plaintiff provides proof of service or 'shows good cause for the failure' to serve within this prescribed period in a filing due no later than 4:00 p.m. on October 10, 2009." Since Plaintiff has failed to respond to the Rule 4(m) Notice, Defendants WSP Financial Group, Inc. and Sang So are dismissed as defendants in this case, and the above caption reflects the dismissal.

//
//
//

1  Further, Plaintiff shall explain in a filing due no later
2  than 4:00 p.m. on October 28, 2009 why Defendants Indymac Bank and
3  Indymac Bank, F.S.B. should not be dismissed for failure of
4  prosecution.

Dated:   October 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge